**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JESSE R. SNELSON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:21-CV-520-E** |
| | § | |
| **CUTTER HOLDING CO. d/b/a CUTTER** | § | |
| **AVIATION,** | § | |
| | § | |
| *Defendant*. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jesse R. Snelson and Defendant Cutter Holding Co. d/b/a Cutter Aviation (collectively, the "Parties") announce to the Court that they have resolved all claims pending before the Court and wish to voluntarily dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs and attorneys' fees. The parties therefore respectfully request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,


By: */s/ Christine A. Hopkins*
    Christine A. Hopkins
    Texas State Bar No. 24095768
    christine@tremainartaza.com

TREMAIN ARTAZA PLLC
13140 Coit Rd., Ste. 104
Dallas, Texas 75240
Telephone: 469-573-0297
Facsimile: 214-254-4941

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Katrin U. Schatz*
    Katrin U. Schatz
    Texas State Bar No. 00796284
    Katrin.Schatz@jacksonlewis.com
    Weston J. Mumme
    Texas State Bar No. 24108300
    Weston.Mumme@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

On July 3, 2021, I electronically submitted this Agreed Motion to Dismiss with Prejudice with the Clerk of Court for the U.S. District, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Christine A. Hopkins*
Christine A. Hopkins